UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 1 2 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 4:04CR113 JCH |
| | ) |
| **DERRICK HOWARD,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER TO UNSEAL PLEA AGREEMENT

On this 12th day of January, 2010, comes for the attention of the Court the motion of the United States Attorney for the Eastern District of Missouri for an order unsealing the plea agreement in the above-captioned case. The Court finds that, in order to respond to defendant's pending appeal, the Government requires a certified copy of the plea agreement, guidelines recommendations and stipulations (document 69) filed under seal by the parties on October 4, 2004.

**IT IS THEREFORE ORDERED** that the Clerk of the U.S. District Court for the Eastern District of Missouri shall unseal the plea agreement for the sole purpose of providing the Government with a certified copy of the plea agreement in order to respond to defendant's appeal. Upon the disclosure of a certified copy of the plea agreement to the Government, the plea agreement shall immediately be resealed.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: this 12th day of January, 2010.